AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

John Jalbert

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 - 10868 RGS

TO: (Name and address of Defendant)

John Jalbert
102 Hale Street
Haverhill, MA 01830

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green Miles Lipton & Fitz-Gibbon
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                   4/28/2005

CLERK                                               DATE

(By) DEPUTY CLERK



AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

NAM
C

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

May 6, 2005

I hereby certify and return that on 5/5/2005 at 7:15PM I served a true and attested copy of the summons, complaint, civil action cover sheet and corporate disclosure statement in this action in the following manner: To wit, by leaving at the last and usual place of abode of JOHN JALBERT, 102 Hale Street, Haverhill, MA 01830 and by mailing 1st class to the above address on 5/5/2005. Basic Service Fee ($20.00), Conveyance ($3.00), Travel ($16.00), Postage and Handling ($3.00), Copies ($10.00) Total Charges $52.00

Deputy Sheriff Ronald Laplume

_____
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                        Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.