**Bay State Limousine**   



P.O.Box 6344
102 Hale St
Haverhill, Ma 01831

Phone 978 372-9511
Fax 978 374-3123

To:   John M. McLaughlin
      Green Miles Lipton & Fitz-Gibbon
      77 Pleasant St.
      P.O. Box 210
      Northampton, MA 01061

From: John Jalbert - Jalbert Wilson Inc.
      102 Hale St
      P.O. Box 6344
      Haverhill, MA 01831

Re:   Case Number 05-10868 RGS


The cable service at issue is located in a business. We are a limousine company with numerous employees that have access to a lounge area with a television for their use. We have also employed on a part time basis former employees of various cable companies.

As owner of this business I was unaware of any illegal units that were hooked up in this lounge area, since I did not spend any time in that location. As soon as I was aware the units were removed. I continue to subscribe to Comcast both cable and internet services and also continue to pay for these services on a monthly basis as I always have for approximately the past ten years.



Thank You,



John Jalbert - President
Jalbert Wilson Inc.
DBA Baystate Limousine