UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

COMCAST OF MASSACHUSETTS III, INC.

           V.           CIVIL ACTION NO. 05-10868-RGS

JOHN JALBERT

# SCHEDULING ORDER

**STEARNS, DJ.**                        **JANUARY 6, 2006**

PURSUANT TO RULE 16(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 16.1, THE FOLLOWING "SCHEDULING ORDER" IS HEREBY ENTERED IN THIS CASE BY THE COURT AS FOLLOWS:

    1. All discovery shall be completed by MAY 1, 2006;

    2. Dispositive motions, if any, shall be filed by JUNE 5, 2006 with oppositions due 14 days thereafter.

    3. If no dispositive motions are filed, this case will be placed on the Court's trial list for the month of AUGUST, 2006.

SO ORDERED.

                                      RICHARD G. STEARNS
                                      UNITED STATES DISTRICT JUDGE

    BY:

                          /s/ Mary H. Johnson
                          Deputy Clerk