UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


COMCAST OF MASSACHUSETTS III, INC.
    Plaintiff

        v.                      CIVIL ACTION NO. 05-10868-RGS

JOHN JALBERT
    Defendant

### SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

    SO ORDERED.

                                  RICHARD G. STEARNS
                                  UNITED STATES DISTRICT JUDGE


                BY:

                         /s/ Mary H. Johnson
                         Deputy Clerk

DATED: 7-18-06